```
BESS M. BREWER, #100364
BREWER & MITCHELL, LLP
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. HICKS,<br><br>  Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>**Commissioner of Social Security<br>of the United States of America,**<br><br>  Defendant. | CIV-S-05-1830 GGH<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his summary judgment is hereby extended from its current due date of May 4, 2006 to May 18, 2006.  This is plaintiff's first extension and is required due to his attorney's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

*Hicks v. Barnhart,* CIV-S-05-1830 GGH                           1

| | |
|---|---|
| Dated: May 9, 2006 | BREWER & MITCHELL, LLP |
| | By: /s/Bess M. Brewer |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |
| | |
| Dated: May 9, 2006 | McGregor W. Scott |
| | United States Attorney |
| | |
| | By: /s/Bobbie J. Montoya |
| | BOBBIE J. MONTOYA |
| | Assistant U.S. Attorney |
| | |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: 5/9/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

hicks.ord