1 | MCGREGOR W. SCOTT
United States Attorney
2 | BOBBIE J. MONTOYA
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA  95814-2322
4 | Telephone:  (916) 554-2700
Fax:  (916) 554-2900
5 | LEO R. MONTENEGRO
Special Assistant U.S. Attorney
6 | 333 Market Street, Suite 1500
San Francisco, CA 94105
7 | Telephone:  (916) 977-8943
Fax:  (415) 744-0134

8

Attorneys for Defendant

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | MICHAEL S. HICKS,                          CASE NO. 2:05-CV-01830-GGH

13 |          Plaintiff,                       STIPULATION AND ORDER
                                              EXTENDING DEFENDANT'S TIME
14 |    v.                                     TO RESPOND TO PLAINTIFF'S
                                              MOTION FOR SUMMARY JUDGMENT
15 | JO ANNE B. BARNHART,                      TO
      Commissioner of                         JULY 20, 2006
16 |   Social Security,

17 |          Defendant.

18

      IT IS HEREBY STIPULATED by and between the parties, through

19

their respective undersigned attorneys, with the approval of the

20

Court, that Defendant's time to respond to Plaintiff's motion for

21

summary judgment in the above-referenced case is hereby extended

22

from the present due date of June 20, 2006, by thirty days, to

23

the new response date of July 20, 2006, and that all subsequent

24

due dates under the Court's Scheduling Order shall be extended

25

accordingly.  The extension is needed because of the large number

26

of cases which currently await briefing at the Office of the

27

28 | Stip.& Order Ext. Def.'s Time          **1**
2:05-cv-01830-GGH

1  Regional Counsel for Region IX.

2      This is the first extension requested re Defendant's

3  response to Plaintiff's motion for summary judgment.

4      The parties further stipulate that Plaintiff's counsel shall

5  return a facsimile of this stipulation bearing her signature for

6  retention by Defendant's counsel, and that Defendant shall e-file

7  this stipulation pursuant to applicable local rules.

8  DATED: June 19, 2006          /s/ Bess M. Brewer
                                 BESS M. BREWER
9                                Attorney at Law

10                               Attorney for Plaintiff

11 DATED: June 20, 2006          McGREGOR W. SCOTT
                                 United States Attorney
12                               BOBBIE J. MONTOYA
                                 Assistant U.S. Attorney
13
                                 By: /s/ Bobbie J. Montoya for
14                               LEO R. MONTENEGRO
                                 Special Assistant U.S. Attorney
15
                                 Attorneys for Defendant
16 OF COUNSEL:
   LUCILLE GONZALES MEIS
17 CHIEF COUNSEL, REGION IX
   UNITED STATES SOCIAL SECURITY ADMINISTRATION
18

19
                                 ORDER
20
       APPROVED AND SO ORDERED.
21
   DATED: 6/26/06
22
                            /s/ Gregory G. Hollows
23
                            GREGORY G. HOLLOWS
                            UNITED STATES MAGISTRATE JUDGE
24 hicks.ord2

25

26

27

28 Stip.& Order Ext. Def.'s Time
   2:05-cv-01830-GGH                        **2**